

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 01, 2012.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
Western District of Texas
Waco Division

IN RE: **Gail Cooper Johnson**, Debtor(s)      Case No.: 05−62877−rcm

ORDER DENYING PAYMENT
OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME:      MANN BRACKEN LLP
    ADDRESS:      P O BOX 2728
                            ISSAQUAH, WA 98027

Claimant, for payment of a dividend from unclaimed funds in the amount of $2584.28.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
         Date funds were paid:
         Per court order signed:
         Schedule Number:
         Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☑ 4. Other: INSUFFICIENT PROOF OF OWNERSHIP OF FUNDS. AND, ADDITION REQUIRED DOCUMENTS NOT FILED.

###

###